# Notice Recipients

District/Off: 1086−7  User: admin  Date Created: 01/29/2016
Case: 16−80048  Form ID: 309A  Total: 23

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
| | | |
|---|---|---|
| 1713406 | Enhanced Recovery Company, LLC | |
| 1713412 | Munic Employee Credit Union | |

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Harold Martin, Jr.    13875 NS 3540    Konawa, OK 74849 | |
| ust | Office of the United States Trustee    Office of the Assistant U.S. Trustee    224 S Boulder Ste 225    Tulsa, OK 74103 | |
| tr | Charles Greenough    McAfee & Taft    Charles Greenough, Trustee    1717 South Boulder, Suite 900    Tulsa, OK 74119 | |
| aty | Chris Mudd    Chris Mudd & Associates    3904 N.W. 23rd Street    Oklahoma City, OK 73107 | |
| smg | Oklahoma Employment Security Commission    Robert C. Newark, III, Attorney    P.O. Box 53039    Oklahoma City, OK 73152−3039 | |
| 1713404 | AT&T    P.O. Box 5001    Carol Stream, IL 60197 | |
| 1713403 | Account Management Resources    P. O. Box 60607    Oklahoma City, OK 73146−0607 | |
| 1713405 | Credit Collection Services    Two Wells Ave.    Newton Center, MA 02459 | |
| 1713402 | Farmers−Payment Processing Center    P.O. Box Carol Stream    Carol Stream, IL 60132−0991 | |
| 1713407 | First National Bank Omaha    P. O. Box 2557    Omaha, NE 68103−2557 | |
| 1713408 | MECU    101 N Walker    Oklahoma City, OK 73102 | |
| 1713409 | MECU    101 N Walker    Oklahoma City, OK 73102 | |
| 1713410 | MERCY CLINIC OKLAHOMA COMMUNITIES    PO BOX 2580    Springfield, MO 65801 | |
| 1713411 | MUN CU VISA    101 N Walker    Oklahoma City, OK 73102 | |
| 1713413 | NORTHLAND GROUP INC    PO BOX 390846    Minneapolis, MN 55439 | |
| 1713414 | Portfolio Recovery    c/o Love Beal and Nixon    P.O. Box 32738    Oklahoma City, OK 73123 | |
| 1713415 | Quest Financial    7601 S Shields    Oklahoma City, OK 73149 | |
| 1713416 | Rickman & Rickman    P. O. Box 212269    Columbia, SC 29221 | |
| 1713417 | Santander    8585 N Stemmons    Dallas, TX 75247 | |
| 1713418 | TD Auto Finance    PO box 9223    Farmington, MI 48333 | |
| 1713419 | WFDS/ WDS    P.O. Box 1697    Winterville, NC 28590 | |

TOTAL: 21