UNITED STATES BANKRUPTCY COURT
Eastern District of Oklahoma
Case No.: 16–80048
Chapter: 7

**FILED**
Jan. 29, 2016
Therese Buthod, Clerk
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF OKLA.

In re: Debtor(s) *(name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*:
Harold Martin Jr.
13875 NS 3540
Konawa, OK 74849

Social Security No.:
xxx–xx–3252

Employer's Tax I.D. No.:

## NOTICE OF INCOMPLETE FILINGS

NOTICE of Incomplete Filings. Pursuant to rules of Bankruptcy Procedure 1007 or 2015 or 3015 the Debtor(s) has 14 days from the date of filing the case to file required statements, schedules and lists. If an extension is not granted by Court order, prior to the original due date, the Court will enter an ORDER DISMISSING your case without further notice or hearing. Employee Income Payment Advices–Indv Due: 2/11/2016. Payment Advices Certification–Indv Local Form 1007–I–H Due: 2/11/2016. Incomplete Filings due by 2/11/2016. .(Morrow, Denise)

Dated: January 29, 2016

**Therese Buthod, Clerk**
**U.S. Bankruptcy Court**