# Notice Recipients

District/Off: 1086−7     User: denise     Date Created: 1/29/2016
Case: 16−80048     Form ID: AdmClkBK     Total: 2

**Recipients of Notice of Electronic Filing:**
ust     Office of the United States Trustee     USTPRegion20.TU.ECF@usdoj.gov

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Harold Martin, Jr.     13875 NS 3540     Konawa, OK 74849

TOTAL: 1