```
                          United States Bankruptcy Court
                           Eastern District of Oklahoma
In re:                                                      Case No. 16-80048-TRC
Harold Martin, Jr.                                          Chapter 7
         Debtor                  CERTIFICATE OF NOTICE
District/off: 1086-7          User: admin              Page 1 of 1              Date Rcvd: Jan 29, 2016
                              Form ID: 309A            Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2016.
db           +Harold Martin, Jr.,    13875 NS 3540,    Konawa, OK 74849-6036
smg           Oklahoma Employment Security Commission,    Robert C. Newark, III, Attorney,   P.O. Box 53039,
               Oklahoma City, OK   73152-3039
1713402       Farmers-Payment Processing Center,    P.O. Box Carol Stream,    Carol Stream, IL 60132-0991
1713407       First National Bank Omaha,    P. O. Box 2557,    Omaha, NE 68103-2557
1713408      +MECU,   101 N Walker,    Oklahoma City, OK 73102-2229
1713411      +MUN CU VISA,    101 N Walker,    Oklahoma City, OK 73102-2229
1713413      +NORTHLAND GROUP INC,    PO BOX 390846,   Minneapolis, MN 55439-0846
1713414      +Portfolio Recovery,    c/o Love Beal and Nixon,    P.O. Box 32738,   Oklahoma City, OK 73123-0938
1713416      +Rickman & Rickman,    P. O. Box 212269,   Columbia, SC 29221-2269

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: chrismudd@chrismudd.com Jan 29 2016 18:38:31     Chris Mudd,
               Chris Mudd & Associates,    3904 N.W. 23rd Street,   Oklahoma City, OK   73107
tr           +EDI: QCGREENOUGH.COM Jan 29 2016 18:38:00      Charles Greenough,    McAfee & Taft,
               Charles Greenough, Trustee,    1717 South Boulder, Suite 900,    Tulsa, OK 74119-4844
ust          +E-mail/Text: beth.criner@usdoj.gov Jan 29 2016 18:38:33     Office of the United States Trustee,
               Office of the Assistant U.S. Trustee,    224 S Boulder Ste 225,    Tulsa, OK 74103-3026
1713404      +EDI: ATTWIREBK.COM Jan 29 2016 18:38:00      AT&T,   P.O. Box 5001,
               Carol Stream, IL 60197-5001
1713403       E-mail/Text: bkaudit@amraccounts.com Jan 29 2016 18:38:33     Account Management Resources,
               P. O. Box 60607,    Oklahoma City, OK 73146-0607
1713405      +EDI: CCS.COM Jan 29 2016 18:38:00      Credit Collection Services,    Two Wells Ave.,
               Newton Center, MA 02459-3246
1713410      +E-mail/Text: mercyvbobankruptcy@mercy.net Jan 29 2016 18:38:37
               MERCY CLINIC  OKLAHOMA COMMUNITIES,    PO BOX 2580,    Springfield, MO 65801-2580
1713417      +EDI: DRIV.COM Jan 29 2016 18:38:00      Santander,   8585 N Stemmons,    Dallas, TX 75247-3822
1713418      +EDI: CHRYSLER.COM Jan 29 2016 18:38:00      TD Auto Finance,    PO box 9223,
               Farmington, MI 48333-9223
1713419      +EDI: WFFC.COM Jan 29 2016 18:38:00      WFDS/ WDS,   P.O. Box 1697,    Winterville, NC 28590-1697
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
1713406         Enhanced Recovery Company, LLC
1713412         Munic Employee Credit Union
1713409*       +MECU,   101 N Walker,    Oklahoma City, OK 73102-2229
1713415       ##+Quest Financial,    7601 S Shields,   Oklahoma City, OK 73149-1629
                                                                                TOTALS: 2, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2016                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2016 at the address(es) listed below:
NONE.                                                                                        TOTAL: 0

| **Information to identify the case:** | | | | |
|---|---|---|---|---|
| Debtor 1 | **Harold Martin Jr.** | | Social Security number or ITIN | **xxx–xx–3252** |
| | First Name    Middle Name    Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | | Social Security number or ITIN | _ _ _ _ |
| | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Oklahoma** | | Date case filed for chapter | **7   January 28, 2016** |
| Case number: | **16–80048** | | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

|   |   | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Harold Martin Jr. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 13875 NS 3540<br>Konawa, OK 74849 | |
| 4. | **Debtor's attorney**<br>Name and address | Chris Mudd<br>Chris Mudd & Associates<br>3904 N.W. 23rd Street<br>Oklahoma City, OK 73107 | Contact phone 405–848–6024<br><br>Email: chrismudd@chrismudd.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Charles Greenough<br>McAfee & Taft<br>Charles Greenough, Trustee<br>1717 South Boulder, Suite 900<br>Tulsa, OK 74119 | Contact phone 918–587–0000<br><br>Email:<br>charles.greenough@mcafeetaft.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

Debtor **Harold Martin Jr.**     Case number **16–80048**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 111 W. 4th Street<br>P. O. Box 1347<br>Okmulgee, OK 74447 | Hours open 8:30 AM – 4:30 PM M–F<br><br>Contact phone 918–549–7200<br><br>Date: January 29, 2016 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 9, 2016 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**\*\*\* Valid photo identification required \*\*\*** | Location:<br><br>**U.S. Post Office & Courthouse, 111 W 4th St. 3rd Floor, Rm 306, Okmulgee, OK 74447** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: May 8, 2016** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **2**