```
United States Bankruptcy Court
Eastern District of Oklahoma
```

In re:                                                                         Case No. 16-80048-TRC
Harold Martin, Jr.                                                             Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

District/off: 1086-7          User: denise           Page 1 of 1            Date Rcvd: Jan 29, 2016
                       Form ID: AdmClkBK        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2016.
db             +Harold Martin, Jr.,    13875 NS 3540,    Konawa, OK 74849-6036

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2016                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2016 at the address(es) listed below:
           Charles Greenough    charles.greenough@mcafeetaft.com, mrcgreenough@ecf.epiqsystems.com
           Chris Mudd    on behalf of Debtor Harold Martin, Jr. chrismudd@chrismudd.com
           Office of the United States Trustee    USTPRegion20.TU.ECF@usdoj.gov
                                                                          TOTAL: 3

UNITED STATES BANKRUPTCY COURT
Eastern District of Oklahoma
Case No.: 16–80048
Chapter: 7

**FILED**
Jan. 29, 2016
Therese Buthod, Clerk
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF OKLA.

In re: Debtor(s) *(name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*:
  Harold Martin Jr.
  13875 NS 3540
  Konawa, OK 74849

Social Security No.:
  xxx–xx–3252

Employer's Tax I.D. No.:

## NOTICE OF INCOMPLETE FILINGS

   NOTICE of Incomplete Filings. Pursuant to rules of Bankruptcy Procedure 1007 or 2015 or 3015 the Debtor(s) has 14 days from the date of filing the case to file required statements, schedules and lists. If an extension is not granted by Court order, prior to the original due date, the Court will enter an ORDER DISMISSING your case without further notice or hearing. Employee Income Payment Advices–Indv Due: 2/11/2016. Payment Advices Certification–Indv Local Form 1007–I–H Due: 2/11/2016. Incomplete Filings due by 2/11/2016. .(Morrow, Denise)

Dated: January 29, 2016

**Therese Buthod, Clerk**
**U.S. Bankruptcy Court**