FORM 1007-1(H)

# United States Bankruptcy Court
## Eastern District of Oklahoma

In re: Harold Martin, Jr.

Debtor(s)

Case No. 16-80048
Chapter 7

## PAYMENT ADVICES CERTIFICATION
*(NOTE: A separate form must be filed by each debtor in a joint case)*

Pursuant to 11 U.S.C. § 521(a)(1)(B)(iv), a debtor shall file copies of *all* payment advices or other evidence of payment (such as paycheck stubs, direct deposit statements, employer's statement of hours and earnings) received from the debtor's employer *within 60 days* before the date the debtor filed his/her bankruptcy case (the "petition date").*

I, Harold Martin, Jr. hereby state as follows:
   (debtor's name)

*(select one)*

☐ I have attached hereto, or previously filed with the Court, copies of all payment advices or other evidence of payment received from my employer(s) within 60 days before the petition date.

☑ I received payment advices from an employer(s) during the 60 days before the petition date but have not yet located or obtained copies of all of the payment advices.

☑ I did not receive any payment advices or other evidence of payment from any employer at any point during the 60 days before the petition date. **I RECEIVE SOCIAL SECURITY IN THE AMOUNT OF $1243.90/MO, PENSION FROM OKLAHOMA CITY EMPLOYEE RETIREMENT SYSTEM OF $762.27/MO, VA BENEFITS IN THE AMOUNT OF $440/MO, AND PENSION FROM OPERATING ENGINEERS OF $645/MO;**

**NON-FILING SPOUSE SOCIAL SECURITY IN THE AMOUNT OF $797.90 AND VA BENEFITS IN THE AMOUNT OF $1254/MO**

*(If you were employed, attach an explanation of why you did not receive any payment advices from your employer.)*

I declare under penalty of perjury that the foregoing statement is true and correct to the best of my knowledge, information and belief.

Date: February 2, 2016

/s/ Harold Martin, Jr.
(Signature of Debtor)
Print name: Harold Martin, Jr.

* In order to protect the debtor's privacy, all but the last four digits of the Debtor's social security number and financial account number should be redacted from any payment advice. References to dates of birth should contain only the year and names of any minors should be redacted or include only initials.

Respectfully submitted,

/s/ Chris Mudd
Chris Mudd, OBA #14008
3904 NW 23rd Street
Oklahoma City, Oklahoma 73107
Chrismudd@chrismudd.com
405-848-6024 - Telephone
405-842-4000 – Facsimile
ATTORNEY FOR DEBTOR

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# Your New Benefit Amount

BENEFICIARY'S NAME: HAROLD M MARTIN JR

Your Social Security benefits will increase by 1.7 percent in 2015 because of a rise in the cost of living. **You can use this letter when you need proof of your benefit amount to receive food, rent, or energy assistance; bank loans; or for other business.** Keep this letter with your important financial records.

## How Much Will I Get And When?

- Your monthly amount (before deductions) is                                                              $1,243.90
- The amount we deduct for Medicare medical insurance is                                 $104.90
  (If you did not have Medicare as of Nov. 20, 2014, or if someone else pays your premium, we show $0.00.)
- The amount we deduct for your Medicare prescription drug plan is                  $0.00
  (If you did not elect withholding as of Nov. 1, 2014, we show $0.00.)
- The amount we deduct for voluntary Federal tax withholding is                         $0.00
  (If you did not elect voluntary tax withholding as of Nov. 20, 2014, we show $0.00.)
- After we take any other deductions, you will receive on or about Jan. 2, 2015.                                                                                                      $1,139.00

If you disagree with any of these amounts, you must write to us within 60 days from the date you receive this letter. We would be happy to review the amounts.

You may receive your benefits through direct deposit, a Direct Express® card, or an Electronic Transfer Account. If you still receive a paper check and want to switch to an electronic payment, please visit the Department of the Treasury's Go Direct website at *www.godirect.org*.

## What If I Have Questions?

Please visit our website at *www.socialsecurity.gov* for more information and a variety of online services. You also can call **1-800-772-1213** and speak to a representative from 7 a.m. until 7 p.m., Monday through Friday. Recorded information and services are available 24 hours a day. Our lines are busiest early in the week, early in the month, as well as during the week between Christmas and New Year's Day; it is best to call at other times. If you are deaf or hard of hearing, call our TTY number, **1-800-325-0778**. If you are outside the United States, you can contact any U.S. embassy or consulate office. Please have your Social Security claim number available when you call or visit and include it on any letter you send to Social Security. If you are inside the United States and need assistance of any kind, you can visit your local office.

909 E FEDERAL ST
SHAWNEE OK

**J.P.Morgan** Benefit Payment Services
TX1-J208
PO Box 809008
Dallas, TX 75380-9008

MESSAGES
QUESTIONS CONTACT RENA HUTTON
AT 405-297-2408
RETIREE ASSOCIATION NOTICE
MEETING OCTOBER 13, 2015
WILL ROGERS PARK CENTER 11:30

28107 BPS4 Z2 15264 - NNNNNNNNNNNN 701829K01 REFT

HAROLD MARTIN
13875 NS 3540
KONAWA OK 74849-6036

### OKLAHOMA CITY EMPLOYEE RETIREMENT SYSTEM

| Date | Payment Group | Advice No. | Social Security No. | Participant's Name |
|---|---|---|---|---|
| 09-30-2015 | 701829K01 | 0056248013 | XXX-XX-XXXX | HAROLD MARTIN |

| Current Gross | Current Net | Gross Year to Date | Taxable Year to Date | Non Taxable Year to Date |
|---|---|---|---|---|
| $762.27 | $474.55 | $6,860.43 | $6,860.43 | $0.00 |

#### FINANCIAL INFORMATION

| Payment Source | Current Amount | Deductions | Current Amount | Year to Date |
|---|---|---|---|---|
| REGULAR PENSION | $762.27 | FEDERAL TAX | $23.73 | $214.40 |
| | | GROUP INDEMNITY | $250.79 | $2,257.11 |
| | | RLIFE | $12.20 | $109.80 |
| | | OK STATE TAX | $1.00 | $9.00 |

## ADVICE OF DIRECT DEPOSIT

FOR $474.55

Account Number

XXXX0711

*NOT NEGOTIABLE*
**RETAIN THIS STATEMENT FOR
YOUR PERMANENT RECORD**

**J.P.Morgan** Benefit Payment Services
TX1-J208
PO Box 809008
Dallas, TX 75380-9008

| MESSAGES |
|---|
| QUESTIONS CONTACT RENA HUTTON AT 405-297-2408 RETIREE ASSOCIATION NOTICE MEETING OCTOBER 13, 2015 WILL ROGERS PARK CENTER 11:30 |

03948 BPS4 Z2 15233 - NNNNNNNNNNNN 701829K01 REFT
HAROLD MARTIN
13875 NS 3540
KONAWA OK 74849-6036

OKLAHOMA CITY EMPLOYEE RETIREMENT SYSTEM

| Date | Payment Group | Advice No. | Social Security No. | Participant's Name |
|---|---|---|---|---|
| 08-31-2015 | 701829K01 | 0055865388 | XXX-XX-XXXX | HAROLD MARTIN |

| Current Gross | Current Net | Gross Year to Date | Taxable Year to Date | Non Taxable Year to Date |
|---|---|---|---|---|
| $762.27 | $474.55 | $6,098.16 | $6,098.16 | $0.00 |

### FINANCIAL INFORMATION

| Payment Source | Current Amount | Deductions | Current Amount | Year to Date |
|---|---|---|---|---|
| REGULAR PENSION | $762.27 | FEDERAL TAX | $23.73 | $190.67 |
| | | GROUP INDEMNITY | $250.79 | $2,006.32 |
| | | RLIFE | $12.20 | $97.60 |
| | | OK STATE TAX | $1.00 | $8.00 |

## ADVICE OF DIRECT DEPOSIT

FOR $474.55

**Account Number**

XXXX0711

*NOT NEGOTIABLE*
RETAIN THIS STATEMENT FOR
YOUR PERMANENT RECORD

# Your New Benefit Amount

BENEFICIARY'S NAME: DONNA J MARTIN

Your Social Security benefits will increase by 1.7 percent in 2015 because of a rise in the cost of living. **You can use this letter when you need proof of your benefit amount to receive food, rent, or energy assistance; bank loans; or for other business.** Keep this letter with your important financial records.

## How Much Will I Get And When?
- Your monthly amount (before deductions) is      $797.90
- The amount we deduct for Medicare medical insurance is      $104.90
  (If you did not have Medicare as of Nov. 20, 2014, or if someone else pays your premium, we show $0.00.)
- The amount we deduct for your Medicare prescription drug plan is      $0.00
  (If you did not elect withholding as of Nov. 1, 2014, we show $0.00.)
- The amount we deduct for voluntary Federal tax withholding is      $0.00
  (If you did not elect voluntary tax withholding as of Nov. 20, 2014, we show $0.00.)
- After we take any other deductions, you will receive on or about Jan. 28, 2015.      $693.00

If you disagree with any of these amounts, you must write to us within 60 days from the date you receive this letter. We would be happy to review the amounts.

You may receive your benefits through direct deposit, a Direct Express® card, or an Electronic Transfer Account. If you still receive a paper check and want to switch to an electronic payment, please visit the Department of the Treasury's Go Direct website at *www.godirect.org*.

## What If I Have Questions?
Please visit our website at *www.socialsecurity.gov* for more information and a variety of online services. You also can call **1-800-772-1213** and speak to a representative from 7 a.m. until 7 p.m., Monday through Friday. Recorded information and services are available 24 hours a day. Our lines are busiest early in the week, early in the month, as well as during the week between Christmas and New Year's Day; it is best to call at other times. If you are deaf or hard of hearing, call our TTY number, **1-800-325-0778**. If you are outside the United States, you can contact any U.S. embassy or consulate office. Please have your Social Security claim number available when you call or visit and include it on any letter you send to Social Security. If you are inside the United States and need assistance of any kind, you can visit your local office.

                                   909 E FEDERAL ST
                                   SHAWNEE OK