Certificate Number: 15317-OKE-DE-026975677

Bankruptcy Case Number: 16-80048


15317-OKE-DE-026975677

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 19, 2016, at 9:38 o'clock AM PST, Harold M Martin Jr completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Oklahoma.

Date: February 19, 2016

By: /s/Janice Morla

Name: Janice Morla

Title: Counselor