# Notice Recipients

District/Off: 1086–7    User: admin    Date Created: 05/11/2016
Case: 16–80048    Form ID: 318    Total: 22

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
1713406    Enhanced Recovery Company, LLC
1713412    Munic Employee Credit Union

TOTAL: 2

**Recipients of Notice of Electronic Filing:**
ust    Office of the United States Trustee    USTPRegion20.TU.ECF@usdoj.gov
aty    Chris Mudd    chrismudd@chrismudd.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Harold Martin, Jr.    13875 NS 3540    Konawa, OK 74849
tr    Charles Greenough    McAfee & Taft    Charles Greenough, Trustee    1717 South Boulder, Suite 900    Tulsa, OK 74119
1713404    AT&T    P.O. Box 5001    Carol Stream, IL 60197
1713403    Account Management Resources    P. O. Box 60607    Oklahoma City, OK 73146–0607
1713405    Credit Collection Services    Two Wells Ave.    Newton Center, MA 02459
1713402    Farmers–Payment Processing Center    P.O. Box Carol Stream    Carol Stream, IL 60132–0991
1713407    First National Bank Omaha    P. O. Box 2557    Omaha, NE 68103–2557
1713408    MECU    101 N Walker    Oklahoma City, OK 73102
1713409    MECU    101 N Walker    Oklahoma City, OK 73102
1713410    MERCY CLINIC OKLAHOMA COMMUNITIES    PO BOX 2580    Springfield, MO 65801
1713411    MUN CU VISA    101 N Walker    Oklahoma City, OK 73102
1713413    NORTHLAND GROUP INC    PO BOX 390846    Minneapolis, MN 55439
1713414    Portfolio Recovery    c/o Love Beal and Nixon    P.O. Box 32738    Oklahoma City, OK 73123
1713415    Quest Financial    7601 S Shields    Oklahoma City, OK 73149
1713416    Rickman & Rickman    P. O. Box 212269    Columbia, SC 29221
1713417    Santander    8585 N Stemmons    Dallas, TX 75247
1713418    TD Auto Finance    PO box 9223    Farmington, MI 48333
1713419    WFDS/ WDS    P.O. Box 1697    Winterville, NC 28590

TOTAL: 18