UNITED STATES BANKRUPTCY COURT
Eastern District of Oklahoma
Case No.: 16−80048
Chapter: 7

**FILED**
May 26, 2016
Therese Buthod, Clerk
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF OKLA.

In re: Debtor(s) *(name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*:
  Harold Martin Jr.
  13875 NS 3540
  Konawa, OK 74849

Social Security No.:
  xxx−xx−3252

Employer's Tax I.D. No.:

# FINAL DECREE

The above−referenced case has been fully administered.

IT IS THEREFORE ORDERED THAT:

1. Charles Greenough is discharged as Trustee of the estate of the above−named debtor(s); and

2. The above−referenced case is closed.

Dated: May 26, 2016

*s/ Tom R. Cornish*
UNITED STATES BANKRUPTCY JUDGE