# Notice Recipients

| District/Off: 1086–7 | User: admin | Date Created: 05/26/2016 |
|---|---|---|
| Case: 16–80048 | Form ID: fnldcree | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty      Chris Mudd      chrismudd@chrismudd.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Harold Martin, Jr.      13875 NS 3540      Konawa, OK 74849

TOTAL: 1