```
                      United States Bankruptcy Court
                       Eastern District of Oklahoma
```

In re:                                                         Case No. 16-80048-TRC
Harold Martin, Jr.                                             Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 1086-7          User: admin           Page 1 of 1            Date Rcvd: May 26, 2016
                              Form ID: fnldcree     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 28, 2016.
db            +Harold Martin, Jr.,    13875 NS 3540,    Konawa, OK 74849-6036

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 26, 2016 at the address(es) listed below:
              Charles  Greenough    charles.greenough@mcafeetaft.com,  mrcgreenough@ecf.epiqsystems.com
              Chris  Mudd    on behalf of Debtor Harold  Martin, Jr. chrismudd@chrismudd.com
              Office of the United States Trustee    USTPRegion20.TU.ECF@usdoj.gov
                                                                                             TOTAL: 3

UNITED STATES BANKRUPTCY COURT
Eastern District of Oklahoma
Case No.: 16−80048
Chapter: 7

FILED
May 26, 2016
Therese Buthod, Clerk
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF OKLA.

In re: Debtor(s) *(name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*:
   Harold Martin Jr.
   13875 NS 3540
   Konawa, OK 74849

Social Security No.:
   xxx−xx−3252

Employer's Tax I.D. No.:

# FINAL DECREE

The above−referenced case has been fully administered.

IT IS THEREFORE ORDERED THAT:

1. Charles Greenough is discharged as Trustee of the estate of the above−named debtor(s); and

2. The above−referenced case is closed.

Dated: May 26, 2016

                              *s/ Tom R. Cornish*
                              UNITED STATES BANKRUPTCY JUDGE